AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED APR 8 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JUAN ELIUD GUTIERREZ-GUTIERREZ | CASE NUMBER: 08CR1063-H |

I, JUAN ELIUD GUTIERREZ-GUTIERREZ, the above named defendant, who is accused committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4-8-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JUAN Gutierrez
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER